IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RICHARD A DUNSMORE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:16-CV-132 |
| § | |
| SCOTT BURROUGHS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of Defendants' Motion for Summary Judgment, Dkt. No. 113; Plaintiff's Supplemental Motion to Compel, Dkt. No. 126;[1] Plaintiff's Supplemental Response to Defendant's [*sic*] Summary Judgment Motion, Dkt. No. 143; the Magistrate Judge's Memorandum and Recommendation ("M&R") to Grant Defendants' Summary Judgment Motion, Dkt. No. 146; and Plaintiff's Objection to the M&R, Dkt. No. 147.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 146. Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment, Dkt. No. 113, and **DISMISSES WITH PREJUDICE** all of Plaintiff's § 1983 and state law claims against Defendants. Final judgment will be entered separately.

SIGNED this 13th day of May 2019.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The complete title of this motion reads as follows: Second Supplemental Motion to Compel with a Motion to Deny Summary Judgment with Explanation Why He Needs Delivery of Items Seized by the Port Aransas Police to Adequately Supplementally Respond to Defendant's [*sic*] Summary Judgment Motion. Dkt. No. 126.